1
2
3
4
5
6
7
8
9

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.,
Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200 Fax: 258-8787
bk@wildelaw.com,
Fax: 702 258-8787
Attorney for Secured Creditor

Wilmington Truste Company, as successor to JPMorgan Chase Bank, National Association, as trustee for the C-Bass Mortgage Loan Asset-Backed Certificiates, Series 2006-CB3
10-70298

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | BK-N-09-51046-GWZ |
|---|---|
|  | Original Hearing Date/Time |
|  | Date: July 23, 2010 |
|  | Time: 1:30 p.m. |
| THOMAS O. McCOMAS, |  |
|  | Chapter 13 |
| Debtor(s). |  |

**STIPULATION AND ORDER TO VACATE HEARING ON SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY -OR IN THE ALTERNATIVE- TO CONTINUE SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1  COMES NOW, the parties in the above matter, Gregory L. Wilde, Esq., Attorney
2  for Secured Creditor by and through Sean P. Patterson, Esq., the Debtor's counsel, hereby stipulate
3  to vacate hearing on Secured Creditor's Motion for Relief from the Automatic Stay -or in the
4  alternative- to continue Secured Creditor's Motion for Relief from the Automatic Stay to September
5  10, 2010, at 1:30 p.m. In the event that the hearing is vacated, Secured Creditor's intentions are to
6  file a renewed notice to put Motion for Relief from the Automatic Stay back on calendar.

Approved as to its form and content:

**WILDE & ASSOCIATES**                              SEAN P. PATTERSON, ESQ.

By _____                          By _____
    #5402

GREGORY L. WILDE, ESQ.                              SEAN P. PATTERSON, ESQ.
Attorney for Secured Creditor                        Attorney for Debtors
212 S. Jones Boulevard                               232 Court Street.
Las Vegas, Nevada 89107                              Reno, NV 89501

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_X\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor