

Entered on Docket
September 22, 2010

_____
 **Hon. Michael S. McManus**
 **United States Bankruptcy Judge**

WILLIAM A. VAN METER, TRUSTEE
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada  89513
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                                       CASE NO. 09-51046-GWZ

THOMAS O. MCCOMAS,
                                                                  Chapter 13

           Debtor.
                                                                  **ORDER DISMISSING CASE**

                                                 /        Hearing Date: July 23, 2010
                                                          Hearing Time: 2:00 pm.

     Pursuant to the court's Order Conditionally Denying Trustee's Motion to Dismiss resulting from a hearing that took place on July 23, 2010, and the Bankruptcy Court record reflecting neither that the conditions set forth in the Court's Conditional Order of Dismissal have been satisfied nor that a party in interest has sought relief from the Order, and for good cause appearing;

     IT IS ORDERED that this case is **dismissed**.

Approved:

/S/ SEAN PATTERSON_____
SEAN P. PATTERSON, ESQ.
Attorney for the Debtor

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____    The court waived the requirements of L.R. 9021.

  X\_\_\_\_\_    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
        X\_\_\_\_\_    approved the form of this order as indicated above;
        _____    waived the right to review the order; and/or
        _____    failed to file and serve papers in accordance with L.R. 9021(c).

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

        NONE

_____    No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**Dated:**  September 17, 2010

        /S/ Mary Rivinius
        Mary Rivinius
        Assistant to William A. Van Meter, Trustee
        P.O. Box 6630
        Reno, NV  89509

###